IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE QUINN and PAUL QUINN, H/W, | Civil Action No. 10-04584 |
| Plaintiffs, | Before the Honorable C. Darnell Jones, II |
| vs. | |
| PAYPAL, INC., GE MONEY BANK, GENPACT SERVICES LLC and NATIONWIDE CREDIT, INC., Defendants. | |

**OFFER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68**

TO: Plaintiffs, Michelle and Paul Quinn
c/o Mitchell S. Clair, Esquire
Law Offices of Mitchell Clair
3038 Church Road
Lafayette Hill, PA 19444

Pursuant to Federal Rule of Civil Procedure 68, Defendants, GE Money Bank and Genpact Services LLC (collectively, the "GE Defendants"), hereby offer to allow judgment to be entered against them and in favor of Plaintiffs, Michelle and Paul Quinn, h/w (collectively, the "Plaintiffs"), in the total amount of $7,500.00 inclusive of statutory damages, actual damages, punitive damages and attorneys' fees and costs accrued through and including the date of service of this Offer of Judgment with respect to Plaintiffs' claims against the GE Defendants.

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as an admission that the GE Defendants are liable in this action or that Plaintiffs have suffered any damages as a result of any conduct by the GE Defendants.

Pursuant to Federal Rule of Civil Procedure 68, if Plaintiffs do not accept this Offer of Judgment within fourteen (14) days after service of this Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. Also, if Plaintiffs do not accept this Offer of Judgment, and the judgment obtained by Plaintiffs is not more favorable than this Offer, then the Plaintiffs must pay all costs incurred by the GE Defendants after this Offer of Judgment was made.

ACCEPTED: _____
              Michelle Quinn

DATE: _____


ACCEPTED: _____
              Paul Quinn

DATE: _____


                              Respectfully submitted,

                              FOX ROTHSCHILD LLP

                              Christopher J. Pippett, Esquire
                              Beth L. Throne, Esquire
                              747 Constitution Drive, Suite 100
                              P.O. Box 673
                              Exton, PA 19341-0673
                              (610) 458-7500
                              Attorneys for Defendants,
                              GEMB Money Bank and Genpact Services LLC

Dated: July _13_, 2011